Guido R. **SALVADORE**

v.

**MAJOR ELECTRIC & SUPPLY, INC.**
**et al.**

No. 80–487–A.

Supreme Court of Rhode Island.

· Nov. 25, 1981.

Higgins, Cavanagh & Cooney, Providence, John C. Peterson, Peter S. Haydon, for plaintiff.

. William T. Murphy, Murphy, Mullen & Jarret, Albert K. Antonio, Providence, Maurice W. Hendel, Pawtucket, Stephen P. Nugent, Providence, for defendants.

## ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.